**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AYODELE OKE,** | : | |
| **Plaintiff** | : | |
| | : | **No. 3:18-cv-310** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **MARK GARMAN,** *et al.*, | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 26th day of November 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's first motion to compel (Doc. No. 36) and second motion to compel (Doc. No. 40) are **DENIED**;

2. Plaintiff's third motion to compel and for sanctions (Doc. No. 42) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The motion (Doc. No. 42) is **GRANTED** to the extent that Plaintiff seeks to compel more complete responses to the interrogatories at issue therein from Defendants;

   b. Defendants are **DIRECTED** to supplement their responses to those interrogatories, consistent with the analysis set forth in the Memorandum accompanying this Order, within thirty (30) days of the date of this Order;

   c. The motion (Doc. No. 42) is **DENIED** to the extent Plaintiff requests sanctions;

3. Plaintiff's motion for an extension of time to complete discovery (Doc. No. 46) is **GRANTED**, and the parties are **DIRECTED** to complete discovery within sixty (60) days of the date of this Order; and

4.     The parties are **DIRECTED** to file any dispositive motions they may wish to file within forty-five (45) days of the close of discovery.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge
