# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AYODELE OKE,** | : | |
|     **Plaintiff** | : | |
| | : | **No. 3:18-cv-310** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **MARK GARMAN,** *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 8th day of July 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 50) is **DENIED**; and

2. A separate Order regarding further proceedings in the above-captioned case shall issue.

                                                                   s/ Sylvia H. Rambo
                                                                   United States District Judge